IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SAMUEL PULIDO, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNIT CORPORATION, UNIT DRILLING )<br>COMPANY, and UNIT PETROLEUM )<br>COMPANY, )<br>)<br>*Defendants*. ) | Case No.6:24-cv-15<br><br>On Removal from the District Court of<br>Howard County, Texas<br>No. 56383 |

## NOTICE OF REMOVAL

Defendants, Unit Corporation ("Unit-Corp"), Unit Drilling Company ("Unit Drilling"), and Unit Petroleum Company ("Unit-Petroleum") (sometimes collectively, "Unit"), file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

### Introduction

1. This is an alleged personal injury action arising out an oilfield services incident that occurred in Howard County, Texas. Unit Drilling's customer contracted with Brady Welding & Machine, Inc. ("Brady") to assist in moving Unit Drilling's rig from location to another. Plaintiff was employed by Brady. Plaintiff alleges that his hand was crushed while holding a substructure beam of the drilling rig, resulting in severe injuries.[1] Plaintiff brings claims against Unit for negligence.[2]

---

[1] Pls.' Orig. Pet. at ¶¶ 53-55 (Feb. 14, 2024).
[2] *Id*. at ¶¶ 58-67.

2.      As is detailed below, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties to this action and the amount in controversy exceeds $75,000.

## The Notice of Removal is Timely

3.      Plaintiffs commenced this action on February 14, 2024 through the filing of an Original Petition in Howard County, Texas.[3]  Without waiving any arguments regarding defects in service or sufficiency of the pleading, Unit were each served with the summons and Original Petition in this matter on February 23, 2024.  Thus, this Notice of Removal is timely.  *See* 28 U.S.C. § 1446(b)(1).

## Basis for Removal: Diversity Jurisdiction

4.      This case is removable to federal court pursuant to 28 U.S.C. §§ 1441 and 1446 because this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction).

5.      Plaintiff states in his Original Petition that he "seeks monetary relief over $1,000,000."[4]  Therefore, while Unit disputes any liability to Plaintiff, the amount in controversy requirement is satisfied.

6.      According to Plaintiffs' Original Petition, Plaintiff is a citizen of the State of Texas. Defendants are all corporations.  Though not properly alleged in Plaintiff's Original Petition, neither of the Defendants are citizens of the State of Texas.  A corporation's citizenship is both the state of its incorporation and the state in which it has its principal place of business.  28 U.S.C. § 1332(c)(1).  Unit Corporation was incorporated in Delaware and has its principal place of business

---

[3] *Id*. at p. 1.
[4] *Id*. at ¶ 70.

in Tulsa, Oklahoma. Unit Drilling Company and Unit Petroleum Company were both incorporated in Oklahoma and have their principal place of business in Tulsa, Oklahoma.

7.      Based on the above facts, for purposes of ascertaining diversity, Plaintiff is a citizen of the State of Texas, Unit Corporation is a citizen of both Delaware and Oklahoma, and Unit Drilling Company and Unit Petroleum Company are citizens of Oklahoma. Therefore, complete diversity exists.

## Venue is Proper in the Northern District of Texas

8.      Venue for this removal action lies in the Northern District of Texas, San Angelo Division pursuant to 28 U.S.C. § 1441(a) because this District includes Howard County, which is where the underlying incident allegedly occurred.

## Compliance with 28 U.S.C. § 1446(a) and § 1446(d)

9.      Pursuant to 28 U.S.C. § 1446(a), Unit includes and attaches as Exhibit A to this Notice "a copy of all process, pleadings, and orders served upon such defendant or defendants." 28 U.S.C. § 1446(a).

10.     Unit will notify the district clerk for Howard County, where this action has been pending, and Plaintiff of this Notice of Removal in writing. *See* 28 U.S.C. § 1446(d).

## Conclusion

Defendants, Unit Corporation, Unit Drilling Company, and Unit Petroleum Company, respectfully requests that the above-captioned action, now pending in the Howard County, Texas, be removed to this Court, and for such other and further relief to which it may be justly entitled, whether at law or in equity.

Dated: March 18, 2024.          Respectfully submitted,

By: */s/ Jeffrey S. Davis*
    Jeffrey S. Davis
    State Bar No. 00783936
    jsdavis@bradley.com
    Andrew W. Bell
    State Bar No. 24086538
    abell@braldey.com
    BRADLEY ARANT BOULT CUMMINGS LLP
    600 Travis, Suite 5600
    Houston, Texas 77002
    Telephone: (713) 576-0370
    Facsimile: (713) 576-0301

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically filed and served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on March 18, 2024.

Donald H. Kidd
State Bar No. 11383100
Michael R. Clinton
State Bar No. 24087317
Adam J. Blake
State Bar No. 24101521
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, Texas 77056
Tel: (713) 520-2500
Fax: (713) 520-2525
Email: dkidd@perdueandkidd.com
mclinton@perdueandkidd.com
ablake@perdueandkidd.com
eservice@perdueandkidd.com

Hector G. Longoria
State Bar No. 00794185
LONGORIA LAW
642 Heights Blvd
Houston, TX 77007
Tel: (713) 929-3996
Fax: (713) 351-0327
Email: hector@longoria.law

**ATTORNEYS FOR PLAINTIFFS**

                */s/ Jeffrey S. Davis*
                Jeffrey S. Davis